COM.

v.

**WOODSON, D.**

**1576 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0013190–2014 (Philadelphia)

Affirmed

**LSFB MASTER PARTICIPATION TRUST**

v.

**DOUGHERTY, T.**

**1972 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

2014–24840

(Montgomery)

Affirmed

COM.

v.

**GLENN, C.**

**2078 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0009741–2015 (Philadelphia)

Affirmed

COM.

v.

**MANGRUM, L.**

**2078 EDA 2016**
**2149 EDA 2016**

Superior Court of Pennsylvania.

07/25/2017

CP–51–CR–0009743–2015 (Philadelphia)

Affirmed